█ In the Matter of HENRIETTA AUSTIN, Petitioner, v JOSEPH D'ELIA, as Commissioner of Nassau County Department of Social Services, et al., Respondents. — Determination of the respondent State Commissioner of Social Services, dated November 3, 1980 and made after a statutory fair hearing,

confirmed and proceeding dismissed on the merits, without costs or disbursements. No opinion. Thompson, J. P., Brown, Rubin and Boyers, JJ., concur.